UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

OAK FOREST PRODUCTS, INC.,

        Plaintiff,

v.

HOME DEPOT U.S.A. and KING OF FANS, INC.,

        Defendants.

ORDER ADMITTING COUNSEL
*PRO HAC VICE*

08-CV-6531L

---

    Upon defendants' Motion to Admit Counsel *Pro Hac Vice* (Docket #17), dated March 18, 2009, and the supporting Affidavit of Andrew P. Zappia, sworn to on March 18, 2009, seeking the admission of Stefan V. Stein, *pro hac vice*, in order to appear and participate in the above-captioned matter on behalf of defendants, and good cause having been shown, it is hereby

    ORDERED, that the application of Stefan V. Stein to be admitted *pro hac vice*, is **GRANTED**; and it is further

    ORDERED, that Stefan V. Stein is admitted *pro hac vice* to this Court for the purpose of representing defendants in this lawsuit. **Such admission shall be effective upon the payment of the admission fee to the Clerk of the Court.**

**IT IS SO ORDERED.**

                                                            */s/ Marian W. Payson*
                                                            MARIAN W. PAYSON
                                                         United States Magistrate Judge

Dated: Rochester, New York
       March 20, 2009